# Howard Exhibit 1

# U.S. Customs and Border Protection – Vaughn Index for Exemptions (b)(5) and (b)(7)(e)

**DOCUMENTS WITHHELD IN FULL UNDER FOIA EXEMPTION 5**

| Document ID | Document Type | Date | Exemption |
|---|---|---|---|
| **EO FOIA CBP0000001242-1243** | Email | 02/02/2017 – 02/03/2017 | (b)(5) |
| | | \multicolumn{2}{l}{CBP withheld under Exemption (b)(5) based upon the attorney work-product privilege and the attorney-client privilege. This is an intra-agency email between the Commissioner's Office and CBP's Office of Chief Counsel that contains communication exchanged for the purpose for the purpose of obtaining and providing legal assistance from attorneys of CBP's Office of Chief Counsel regarding the implementation of E.O. 13769. No meaningful non-exempt information could be reasonably segregated and released.} |
| **EO FOIA CBP0000001244-1245** | Word Doc Attachment | 02/02/2017 | (b)(5) |
| | | \multicolumn{2}{l}{CBP withheld under Exemption (b)(5) based on the attorney work-product privilege and the attorney-client privilege. This document is an attachment to the email EO FOIA CBP0000001242-1243 and was created by an attorney in the Office of Chief Counsel concerning matters in litigation related to the implementation of E.O. 13769. This document is both attorney work product and legal advice subject to attorney-client privilege, from which no meaningful non-exempt information could be reasonably segregated and released.} |
| **EO FOIA CBP0000001283-1284** | Email | 02/03/2017 | (b)(5) |
| | | \multicolumn{2}{l}{CBP invoked Exemption (b)(5) based upon the attorney-client privilege. This message was drafted by an attorney in CBP's Office of Chief Counsel and documents the mental impressions and legal advice prepared by that attorney regarding the implementation of E.O. 13769 and from which no meaningful non-exempt information could be reasonably segregated and released.} |
| **EO FOIA CBP0000001301-1306** | Word Doc Attachment | 1/31/2017 | (b)(5) |
| | | \multicolumn{2}{l}{CBP withheld under Exemption (b)(5) draft documents and draft communications. This is a pre-decisional and deliberative intra-agency draft of "Frequently Asked Questions" to be posted on CBP.gov related to the implementation of E.O. 13769, in response to media} |

# U.S. Customs and Border Protection – Vaughn Index for Exemptions (b)(5) and (b)(7)

| | | | |
|---|---|---|---|
| | | inquiries sent to CBP. No meaningful non-exempt information could be reasonably segregated and released. These deliberations necessarily involved a discussion of what information should be made available to the press or public, and when such information should be made available. Disclosure of such information could reasonably be expected to have a chilling effect on the open and frank expression of ideas, recommendations, and opinions that occur when agency officials are discussing and crafting their responses to time-sensitive inquiries. | |
| **EO FOIA CBP0000001367-1369** | Word Doc Attachment | 02/01/2017 | (b)(5) |
| | | CBP withheld under Exemption (b)(5) draft documents and draft communications. This is an intra-agency email that contains pre-decisional and draft language in response to questions sent to CBP from Sen. Charles Schumer (D-NY) regarding CBP's implementation of E.O. 13769. Disclosure of such information could reasonably be expected to have a chilling effect on the open and frank expression of ideas, recommendations, and opinions that occur when agency officials are discussing and crafting their responses to time-sensitive legislative inquiries. | |

**DOCUMENTS PARTIALLY WITHHELD UNDER FOIA EXEMPTIONS 5 and 7(e)**

| Document ID | Document Type | Date | Exemption |
|---|---|---|---|
| **EO FOIA CBP0000001185** | Email Message | 01/29/2017 | (b)(7)(e) |
| | | CBP withheld under Exemption (b)(7)(e) law enforcement records that, if released, would disclose law enforcement techniques and procedures. The withheld information is an email address used by CBP Officers to send and receive sensitive information regarding CBP's examination procedures at the port of entry to interdict violations of the U.S. law. Disclosure of this address would risk compromising these law enforcement messages, and thereby risk circumvention of CBP's examination procedures. | |

# U.S. Customs and Border Protection – Vaughn Index for Exemptions (b)(5) and (b)(7)

| Document ID | Document Type | Date | Exemption |
|---|---|---|---|
| **EO FOIA CBP0000001288** | Email Message | 03/30/2017 | (b)(7)(e) |
| | | CBP withheld under Exemption (b)(7)(e) law enforcement records that, if released, would disclose law enforcement techniques and procedures. The withheld information describes techniques that would enable potential violators to design strategies to circumvent CBP's examination procedures and U.S. law. CBP Officer's questions are designed to determine the subject's admissibility into the United States. The redactions from the middle three paragraphs of the message are detailed information about a CBP interview of a subject at the port of entry related to the subject's immigration status, including details concerning screening and adjudication procedure by CBP officers. | |
| | | | (b)(5) |
| | | CBP withheld under Exemption (b)(5) based upon the attorney work-product privilege and the attorney-client privilege. The redaction at the end of the sentence of the fifth paragraph of the message is information that references legal advice and assistance from attorneys within the DHS Office of General Counsel regarding implementation of E.O. 13769. | |
| | | | (b)(5) |
| | | CBP withheld under Exemption (b)(5) communication records of pre-decisional intra-agency deliberations by officials determining the appropriate law enforcement techniques and procedures to employ related to their adjudications under E.O. 13769 in the final two sentences of the message. Disclosure of such information could reasonably be expected to have a chilling effect on the open and frank expression of ideas, recommendations, and opinions that occur when agency officials are discussing and deliberating their responses to time-sensitive law enforcement inquiries. | |
| **EO FOIA CBP0000001291** | Email Message | 01/31/2017 | (b)(7)(e) |
| | | CBP withheld under Exemption (b)(7)(e) law enforcement records that, if released, would disclose law enforcement techniques and procedures. The withheld information is an email address is used by CBP Officers to send and receive sensitive information regarding CBP's examination procedures at the port of entry to interdict violations of U.S. law. | |

# U.S. Customs and Border Protection – Vaughn Index for Exemptions (b)(5) and (b)(7)

| Document ID | Document Type | Date | Exemption |
|---|---|---|---|
| | | Disclosure of this address would risk compromising these law enforcement messages, and thereby risk circumvention of CBP's examination procedures. | |
| **EO FOIA CBP0000001366** | Email Message | 02/01/2017 | (b)(5) |
| | | CBP withheld under Exemption (b)(5) based upon the attorney work-product privilege and the attorney-client privilege. This document contains privileged attorney/client information concerning communication with CBP's Office of Chief Counsel for the purpose of obtaining legal advice. As such, disclosure of such information could reasonably be expected to have a chilling effect on the open and frank expression of ideas, recommendations, and opinions that occur when agency officials are discussing and deliberating their responses to time-sensitive inquiries. | |
| **EO FOIA CBP0000001406 – 1407, 1423, and 1443** | Email Message and Word Doc Attachments | 02/03/2017 | (b)(5) |
| | | CBP withheld under Exemption (b)(5) based upon the attorney work-product privilege and the attorney-client privilege. This information discusses legal advice and assistance from attorneys within the DHS Office of General Counsel regarding implementation of E.O. 13769. | |
| **EO FOIA CBP0000001408, 1425, and 1445** | Email Message and Word Doc Attachments | 02/03/2017 | (b)(5) |
| | | CBP withheld under Exemption (b)(5) communication records of deliberations by officials containing discussion of how to adjudicate matters related to The Clean Air Act. This information is pre-decisional and draft response to press inquiries, and, as such, was an intra-agency email that contained deliberative communication. These deliberations necessarily involved a discussion of what information should be made available to a member of the public, and when such information should be made available. Disclosure of such information could reasonably be expected to have a chilling effect on the open and frank expression of ideas, recommendations, and opinions that occur when agency officials are discussing and deliberating their responses to time-sensitive inquiries. | |
| **EO FOIA CBP0000001455** | Email Message | 01/30/2017 | (b)(7)(e) |

|  |  |  |  |
|---|---|---|---|
|  |  | CBP withheld under Exemption (b)(7)(e) law enforcement records that, if released, would disclose law enforcement techniques and procedures. The withheld information describes techniques that would enable potential violators to design strategies to circumvent CBP's examination procedures and U.S. law. CBP Officer's questions are designed to determine the subject's admissibility into the United States. The redactions from the middle three paragraphs of the message are detailed information about a CBP interview of a subject at the port of entry related to the subject's immigration status, including details concerning screening and adjudication procedure by CBP officers. |  |
|  |  |  | (b)(5) |
|  |  | CBP withheld under Exemption (b)(5) based upon the attorney work-product privilege and the attorney-client privilege. The redaction at the end of the sentence of the third paragraph on this page is information that discusses legal advice and assistance from attorneys within the DHS Office of General Counsel regarding implementation of E.O. 13769. |  |
|  |  |  | (b)(5) |
|  |  | CBP withheld under Exemption (b)(5) communication records of pre-decisional intra-agency deliberations by officials determining the appropriate law enforcement techniques and procedures to employ related to their adjudications under E.O. 13769 in the final two sentences of the message. Disclosure of such information could reasonably be expected to have a chilling effect on the open and frank expression of ideas, recommendations, and opinions that occur when agency officials are discussing and deliberating their responses to time-sensitive law enforcement inquiries. |  |
| **EO FOIA CBP0000001456-1457** | Email Message | 02/01/2017 | (b)(7)(e) |
|  |  | CBP withheld under Exemption (b)(7)(e) law enforcement records that, if released, would disclose law enforcement techniques and procedures. The withheld information is an email address used by CBP Officers to send and receive sensitive information regarding CBP's examination procedures at the port of entry to interdict violations of the U.S. law. Disclosure of this address would risk compromising these law enforcement messages, and thereby risk circumvention of CBP's examination procedures. |  |